In the Matter of BEN COHN, Appellant, against CLIFFORD J. FLETCHER, as Commissioner of the Bureau of Motor Vehicles, Respondent.

Argued January 7, 1948; decided March 11, 1948.

*Harry S. Travis* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman F. Nehlsen* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, and DYE, JJ. Dissenting: THACHER and FULD, JJ.